UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
MAR 3 1 2008

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| DAVID W. BURTON, | * | CIV. 06-4045 |
| Plaintiff, | * | |
| vs. | * | |
| | * | JUDGMENT |
| MIKE MULLER, Now Unit Manager Housing, Harmon Unit, Mike Durfee State Prison; and TOM HOOKER, Housing Staff Coordinator, Unit "C" Trustee Building, Sioux Falls; | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In accordance with the Order entered this date, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is DISMISSED with prejudice, on the merits, with Plaintiff taking nothing thereunder.

Dated this 31st day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: *Shelly Margulies*, Deputy

(SEAL)